No. 1767, Misc. WALKER v. MAXWELL, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 1824, Misc. HERD v. MICHIGAN. Motion for leave to file petition for writ of habeas corpus and other relief denied. Petitioner *pro se. Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 38. MARCHETTI v. UNITED STATES. C. A. 2d Cir. (Certiorari granted, 385 U. S. 1000.) The case is restored to the docket for reargument at the 1967 Term. In their briefs and oral arguments, counsel are requested to discuss, in addition to the questions specified in the original writ, the following:

(1) What relevance, if any, has the required records doctrine, *Shapiro* v. *United States,* 335 U. S. 1, to the validity under the Fifth Amendment of the registration and special occupational tax requirements of 26 U. S. C. §§ 4411, 4412?

(2) Can an obligation to pay the special occupational tax required by 26 U. S. C. § 4411 be satisfied without filing the registration statement provided for by 26 U. S. C. § 4412?

No. 1783, Misc. BUDER v. KROPP, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1766, Misc. McKINNEY v. WILSON, WARDEN, ET AL.;

No. 1768, Misc. JADWIN v. WAINWRIGHT, CORRECTIONS DIRECTOR; and

No. 1784, Misc. BROOKS v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.